■ GODFREY JELKS, Appellant, v CITY OF NEW YORK et al., Respondents. [17 NYS3d 882]—In an action, inter alia, to recover damages for malicious prosecution and defamation, the plaintiff appeals from an order of the Supreme Court, Kings County (Ash, J.), dated August 21, 2013, which granted those branches of the defendants' respective motions which were pursuant to CPLR 3211 (a) (7) to dismiss the complaint insofar as asserted against each of them.

Ordered that the appeal is dismissed, with one bill of costs.

It is the appellant's obligation to assemble a proper record on appeal (see *425 E. 26th St. Owners Corp. v Beaton*, 128 AD3d

766, 767 [2015]; *Elgart v Berezovsky*, 123 AD3d 970, 971 [2014]). Here, the record filed by the appellant does not contain the papers constituting the defendants' motions to dismiss or any of the exhibits that were submitted in support of those motions. Accordingly, the record is inadequate to enable this Court to render an informed decision on the merits regarding the appeal relating to those motions, and the appeal must be dismissed (*see 425 E. 26th St. Owners Corp. v Beaton*, 128 AD3d at 767). Rivera, J.P., Balkin, Dickerson and Cohen, JJ., concur.